UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY J. PRIEN,

    Plaintiff,

v.

GARY LUCAS, et al.,

    Defendants.

Case No. C08-5733BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 8). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** because Plaintiff has advised the Court that he no longer seeks to pursue this action.

DATED this 2nd day of March, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER