# United States District Court

WESTERN DISTRICT OF WASHINGTON

HENRY J. PRIEN

v.

GARY LUCAS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5733BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Plaintiff has advised the Court that he no longer seeks to pursue this action.

| March 3, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk